CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
September 26, 2024
LAURA A. AUSTIN, CLERK
BY: s/A. Beeson
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| DAVID LEE CRUEY, II, | |
| Plaintiff, | Case No. 7:24-cv-00326 |
| v. | **MEMORANDUM OPINION** |
| RANDY MULLINS et al., | By: Hon. Thomas T. Cullen |
| | United States District Judge |
| Defendants. | |

Plaintiff David Lee Cruey, II, proceeding *pro se*, filed a civil-rights complaint under 42 U.S.C. § 1983 against Defendants Randy Mullins, Brandy Bishop, Crystal Large, and Laken Helton. (*See* Am. Compl. [ECF No. 6].) On July 8, 2024, Defendant Mullins moved to dismiss Plaintiff's claims against him under Federal Rule of Civil Procedure 12(b)(6). (*See* Def.'s Mot. [ECF No. 11].) That same day, the Court ordered Plaintiff to respond to Mullins's motion within 21 days and advised Plaintiff that his failure to respond could result in dismissal of this action for failure to prosecute. (*See* Notice [ECF No. 15].)

More than 21 days have elapsed, and Plaintiff has not responded to Mullins's motion. Accordingly, the Court will dismiss Plaintiff's claims against Mullins for failure to prosecute and comply with the Court's order. *See* Fed. R. Civ. P. 41(b).

The Clerk is directed to forward a copy of this Memorandum Opinion and the accompanying Order to the parties.

**ENTERED** this 26th of September, 2024.

*/s/ Thomas T. Cullen*
HON. THOMAS T. CULLEN
UNITED STATES DISTRICT JUDGE